IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ DE VACHON<br><br>Plaintiff,<br><br>V.<br><br>KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ ALONSO, composed of JOSE PEDRO GONZALEZ KILIAN, LARA ELISA GONZALEZ KILIAN, FRANCISCO JOSE GONZALEZ KILIAN and JUAN CARLOS GONZALEZ KILIAN<br><br>Defendants | CIVIL NO: 96-1654 (cc)<br><br>ACTION FOR:<br><br>DECLARATORY JUDGMENT AND COLLECTION OF MONIES |

### MOTION FOR EXECUTION OF JUDGMENT

TO THE HONORABLE COURT:

COMES NOW, the parties represented by their attorneys, who respectfully states, alleges and prays:

1. That the Stipulation of Settlement in this case obligates the defendants to transfer title to Apartment 906, Condominium Ambassador, San Juan, Puerto Rico, which they have failed to do.

2. It is requested that the court name Adam McDonough, Suite 409, First Federal Building, Santurce, Puerto Rico, Telephone 787-723-2086 Special Master for the purpose of executing the Deed of Transfer.

WHEREOF, it is respectfully requested that the court issue an order authorizing Adam McDonough as Special Master named by this Court to transfer Apartment 906 Condominium Ambassador to Plaintiff.

In San Juan, Puerto Rico this 24th day of March, 2004.

    s/Ronald L. Rosenbaum
**Ronald L. Rosenbaum**
USDC 114403
Attorney for Plaintiff
***LAW OFFICES OF RONALD L. ROSENBAUM***
414 Muñoz Rivera Avenue
Suite 7-A
Hato Rey, Puerto Rico 00918
Tel. 787-274-5440
Fax 787-274-5442