IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ DE VACHON | CIVIL NO: 96-1654 (cc) |
| Plaintiff, | ACTION FOR: |
| V. | DECLARATORY JUDGMENT AND COLLECTION OF MONIES |
| KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ ALONSO, composed of JOSE PEDRO GONZALEZ KILIAN, LARA ELISA GONZALEZ KILIAN, FRANCISCO JOSE GONZALEZ KILIAN and JUAN CARLOS GONZALEZ KILIAN | |
| Defendants | |

## MOTION TO NAME SPECIAL MASTER

TO THE HONORABLE COURT:

COMES NOW, the parties represented by their attorneys, who respectfully states, alleges and prays:

1. That Plaintiff has moved for the enforcement of the Stipulation of Settlement in this case.

2. That it is requested that Adam McDonough with address on 1519 Ponce de Leon Avenue, First Federal Building, Suite 409, San Juan, Puerto Rico 00909-1713, telephone 787-723-2085, be named Special Master to execute the Deed of Transfer to Plaintiff of Apartment 9-F, Condominium Ambassador, Condado, San Juan, Puerto Rico, in this case.

3. That the notary in the said Deed be authorized to execute same without the

Defendants' social security number as in view of the fact that Plaintiff is the mother of the Defendant and grandmother of Defendants that due to bad family relations Plaintiff is unable to obtain this information.

WHEREOF, it is respectfully requested that Adam McDonough be named Special Master in this case to execute the Deed of Transfer to Plaintiff on behalf of Defendants and that such Deed may be executed without the Defendants' social security number.

In San Juan, Puerto Rico this 21 day of September, 2004.

s/Ronald L. Rosenbaum
**Ronald L. Rosenbaum**
USDC 114403
Attorney for Plaintiff
*LAW OFFICES OF RONALD L. ROSENBAUM*
414 Muñoz Rivera Avenue
Suite 7-A
Hato Rey, Puerto Rico 00918
Tel. 787-274-5440
Fax 787-274-5442