IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ DE VACHON<br><br>Plaintiff,<br><br>V.<br><br>KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ ALONSO, composed of JOSE PEDRO GONZALEZ KILIAN, LARA ELISA GONZALEZ KILIAN, FRANCISCO JOSE GONZALEZ KILIAN and JUAN CARLOS GONZALEZ KILIAN<br><br>Defendants | CIVIL NO: 96-1654 (cc)<br><br>ACTION FOR:<br><br>DECLARATORY JUDGMENT AND COLLECTION OF MONIES |

## MOTION SUBMITTING ATTACHMENT

TO THE HONORABLE COURT:

COMES NOW, the parties represented by their attorneys, who respectfully states, alleges and prays:

1. That in the Motion to Name Special Master that did not included the proposed Order.

2. That to this Motion we are attaching the proposed Order.

WHEREOF, it is respectfully requested that the Court consider the proposed Order.

In San Juan, Puerto Rico this 21 day of September, 2004.

                                             s/Ronald L. Rosenbaum
                                             **Ronald L. Rosenbaum**
                                             USDC 114403
                                             Attorney for Plaintiff
                                             ***LAW OFFICES OF RONALD L. ROSENBAUM***
                                             414 Muñoz Rivera Avenue

Suite 7-A
Hato Rey, Puerto Rico 00918
Tel. 787-274-5440
Fax 787-274-5442