IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ DE VACHON<br><br>Plaintiff,<br><br>V.<br><br>KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE FRANCISCO GONZALEZ ALONSO, composed of JOSE PEDRO GONZALEZ KILIAN, LARA ELISA GONZALEZ KILIAN, FRANCISCO JOSE GONZALEZ KILIAN and JUAN CARLOS GONZALEZ KILIAN<br><br>Defendants | CIVIL NO: 96-1654 (cc)<br><br>ACTION FOR:<br><br>DECLARATORY JUDGMENT AND COLLECTION OF MONIES |

**ORDER**

1. On March 14, 1997 the Court approved the Stipulation of Settlement in this case and entered judgment to that effect.

2. Plaintiff has advised the Court that Defendants have neglected and/or refused to comply with the terms of the said Stipulation of Settlement.

3. Therefore, Adam McDonough with address on 1519 Ponce de Leon Avenue, First Federal Building, Suite 409, San Juan, Puerto Rico 00909-1713, telephone 787-723-2085, is hereby named as Special Master to execute a Deed of Transfer on behalf of KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE FRANCISCO GONZALEZ ALONSO, composed of JOSE PEDRO GONZALEZ KILIAN, LARA ELISA GONZALEZ KILIAN, FRANCISCO JOSE GONZALEZ KILIAN and JUAN CARLOS GONZALEZ KILIAN Defendants transferring to Plaintiff the following

described property:

"URBANA: Apartment 9-F. It has an approximate area of five hundred twenty four point thirty seven (524.37) square feet equivalent to forty eight point seventy three (48.73) square meters excluding bearing walls and columns and including all remaining wall and partitions. The boundaries are as follows: NORTH, twenty one lineal feet three and five eights of an inch (21'3-5/8") equivalent to six point forty nine (6.49) lineal meters with two glass panels, a concrete block wall and balcony which forms the near wall of the building; SOUTH, twenty one lineal feet three inches and five eights of an inch (21'3-5/8") equivalent to six point forty nine (6.49) lineal meters with a concrete load bearing wall and entrance door which separates it form the stairways and the corridor. The entrance door connects it with the common corridor through which this apartment has access to the outside; WEST, twenty two lineal feet and one inch (22'1") equivalent to six point eighty nine (6.89) lineal meters with a concrete load bearing wall, a concrete block partition wall and column which divides this apartment from apartment nine slash "D" or nine cero four (904); EAST, twenty two lineal feet and one inch (22'1") equivalent to six point eighty nine (6.89) meters with a concrete bearing wall which forms the exterior east wall of the building".

It comprises living and dining area, kitchen with kitchen cabinets, stove, water heater and an undercounter refrigerator, bathroom, area for closet space and balcony facing north.

Participation in the general common elements is 1.65%; and in the limited common

       elements 17.13%.

       Recorded to page 81 of book 621 of Santurce Norte, property number 21,975, Registry of Property of San Juan, Section I, first inscription.

4.    It is further ordered that such Deed be executed without Defendants social security number as such information is not available to Plaintiff.

In San Juan, Puerto Rico this _____ day of _____, 2004.

                                            _____
                                            United States District Judge