IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ-DE-VACHON<br>Plaintiff<br><br>vs<br><br>KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ-ALONSO, composed of JOSE PEDRO GONZALEZ-KILIAN, LARA ELISA GONZALEZ-KILIAN, FRANCISCO JOSE GONZALEZ-KILIAN and JUAN CARLOS GONZALEZ-KILIAN<br>Defendants | CIVIL 96-1654CCC |

**O R D E R**

Plaintiff shall file, within five (5) days after notice, a copy of the deed to be transferred, as well as a form of order which includes the name and address of the property.

SO ORDERED.

At San Juan, Puerto Rico, on October 1, 2004.

S/CARMEN CONSUELO CEREZO
United States District Judge