IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ DE VACHON | CIVIL NO: 96-1654 (cc) |
| Plaintiff, | ACTION FOR: |
| V. | DECLARATORY JUDGMENT AND COLLECTION OF MONIES |
| KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ ALONSO, composed of JOSE PEDRO GONZALEZ KILIAN, LARA ELISA GONZALEZ KILIAN, FRANCISCO JOSE GONZALEZ KILIAN and JUAN CARLOS GONZALEZ KILIAN | |
| Defendants | |

**MOTION IN COMPLIANCE WITH ORDER**

TO THE HONORABLE COURT:

COMES NOW, the parties represented by their attorneys, who respectfully states, alleges and prays:

1. That the undersigned returned from vacation on October 12, 2004.

2. That the address of the apartment is 1407 Ashford Avenue, Condominuim Ashford Ambassador, Apt. 906, San Juan, Puerto Rico 00907.

3. That the undersigned was not able to comply with the five day period in the Court's order.

4. The proposed Deed is filed herewith.

WHEREOF, it is respectfully requested that the Court that the requested extension be granted and that the form of Deed be approved and that the Special Master be authorized to

execute the Deed.

      In San Juan, Puerto Rico this 19th day of October, 2004.

                              s/<u>Ronald L. Rosenbaum</u>
                              **Ronald L. Rosenbaum**
                              USDC 114403
                              Attorney for Plaintiff
                              ***LAW OFFICES OF RONALD L. ROSENBAUM***
                              414 Muñoz Rivera Avenue
                              Suite 7-A
                              Hato Rey, Puerto Rico 00918
                              Tel. 787-274-5440
                              Fax 787-274-5442