------**DEED NUMBER**

----------------**DEED OF TRANSFER**---------------

-------In  San  Juan,  Puerto  Rico,  this
(    ) day of October Two Thousand Four (2004).--
--------------------**BEFORE ME**--------------------

-----**RONALD  L.  ROSENBAUM**, Attorney  at  Law  and
Notary  Public  in  and  for  the  Commonwealth  of
Puerto  Rico,  with  residence  in  Guaynabo  and
office San Juan, Puerto Rico.--------------------

----------------------**APPEARS**--------------------

------**AS  PARTY  OF  THE  FIRST  PART: Pirow  Adam
McDonough  Boren**, of  legal  age,  married,  property
owner  and  resident  of  San  Juan,  Puerto  Rico,  who
appears  as  Special  Master  named  by  the  United
States  District  Court  for  the  District  of  Puerto
Rico  by  Order  dated  _____, two  thousand
four  (2004), a  certified  copy  of  which  is  filed
as  Exhibit  A  in  case  number  ninety  six  slash  one
six  five  four  (96-1654) Lillia  Mendez  Vachon  v.
Kathleen  Killian  Mendez  et  al, who  appear  in
representation  of  Kathleen  Killian  Mendez, of
legal  age,  widow,  property  owner  and  resident  of
Delton,  Florida;  Juan  Carlos  Gonzalez  Killian, of
legal  age,  single,  waiter,  and  resident  of
Orlando,  Florida;  Lara  Elisa  Gonzalez  Killian, of
legal  age,  single,  business  owner  and  resident  of
San  Juan,  Puerto  Rico;  Jose  Pedro  Gonzalez
Killian, of  legal  age,  single,  unemployed  and
resident  of  Orlando,  Florida;  and  Francisco  Jose
Gonzalez  Killian, of  legal  age,  single,  waiter
and  resident  of  Orlando,  Florida.  The  social

1

security numbers of these people is not known.---

---The party of the first part is hereinafter

referred to as the **"Transfer"**.-------------------

-----**AS PARTY OF THE SECOND PART: Carmen Lillia**

**Mendez Vachon**, of legal age, married to Paul

Vachon, who does not use a second last name,

resident of San Juan, Puerto Rico, with social

security number ████████████-------------------

-----The party of the second part is hereinafter

referred to as **"Transferee"**.---------------------

------I, the Notary certify that I am personally

acquainted with the parties hereto and that I

know their personal circumstances from the

information they have given to me.  They assure

me that they have, and in my judgment they do

have, the necessary legal capacity to execute

this instrument.  Whereupon, of their own will

and accord, they do hereby-----------------------

----------------------**STATE**----------------------

-----**FIRST**: <u>**Title, Lien and Encumbrances**:</u>  The

parties of the first part constitute the

Succession (heirs) of the late Jose Francisco

Gonzalez Alonso and as such are the owners of the

following described real property:---------------

-------PROPIEDAD HORIZONTAL: URBANA: Apartment
nine "F" (9-F)(nine zero six (906)).  It has an
approximate area of five hundred twenty four
point thirty seven (524.37) square feet
equivalent to forty eight point seventy three
(48.73) square meters excluding bearing walls and
columns and including all remaining wall and
partitions.  The boundaries are as follows:
NORTH: twenty one lineal feet three and five
eights of an inch (21'3-5/8) equivalent to six
point forty nine (6.49) lineal meters with two
(2) glass panels, a concrete block wall and
balcony which forms the near wall of the

2

building; SOUTH, twenty one lineal feet three and five eights of an inch (21'3-5/8) equivalent to six point forty nine (6.49)lineal meters with a concrete loan bearing wall and entrance door which separates it from the stairways and the corridors. The entrance door connects it with the common corridor through which this apartment has access to the outside; WEST, twenty two lineal feet and one inch (22'1) equivalent to six point eighty nine (6.89) lineal meters with a concrete load bearing wall, a concrete block partition wall and column which divides this apartment from apartment nine slash "D" (9-D) or nine zero four (904); EAST, twenty two lienal feet and one inch (22'1") equivalent to six point eighty nine (6.89) meters with a concrete bearing wall which forms the exterior East wall of the building.-----------------------------------------

------It comprises living and dining area, kitchen with kitchen cabinets, stove, water heater and an under counter refrigerator, bathroom, area for closet space and balcony facing North.-----------------------------------

------Participation in the general common elements is one point sixty five percent (1.65%); and in the limited common elements seventeen point thirteen percent (17.13%).-----------------

----Recorded at page eighty one (81) of volume six hundred twenty one (621) of Santurce North, property number twenty one thousand nine hundred seventy five (21,975).--------------------------

**----SECOND:** That pursuant to a stipulation of settlement dated                    the defendants agreed to transfer the aforesaid real property to the Plaintiff, Carmen Lillia Mendez Vachen copy of the said stipulation is annexed as Exhibit B.-

----That the parties of the First Part have not complied with the aforesaid Stipulation so that the Court by Order dated _____, two thousand and four (2004) has authorized the aforesaid Special Master to appear in and execute this Deed on their behalf.----------------------

-----**THIRD:** **Transfer of Property:** The parties have agreed on the transfer of the Property to

3

the party of the Second Part, and the parties hereto do hereby covenant in conformity therewith and agree as follows:----------------------------**A.** The Special Master hereby transfers, conveys and disposes of the Property to the Transferee with all its rights, title, interest, easements, buildings, servitude and improvements.-------------------------------------**B.** For purposes of the Registry the property is valued of One Hundred Thousand Dollars ($100,000.00).-----------------------------------**C.** The Transferee accepts the trasfer be subject to any liens in the Registry and any unpaid property taxes and condominium maintenance fees.--------------------------------------------**FOURTH: Right of Possession:** This Deed shall entitle the Transferee to enter into possession of the property without any additional formality or request.----------------------------**FIFTH: Additional Documentation:** The parties hereto agree to execute and deliver any additional instruments and documents which may be necessary to record the Property herein transferred in fee simple ("pleno dominio") in the Registry of Property in the name of the Purchasers. -------------------------------------The parties have been presented with a copy of the title search dated          , Two Thousand and Four (2004) prepared by San Juan Abstract and were advised by the Notary that he did not personally search the title and that they

4

must rely on the title search or personally check the registry;------------------------------------ ----Notice has also been given to parties regarding importance of securing of Flood Insurance for property if necessary.------------- ----In case the property is located in a floodable zone any title holder and/or present and future occupant must by law obey the dispositions and regulations of Flood zones, and that non-compliance will result in a illegal action 23 L.P.R.A., section two hundred twenty five (225).------------------------------------- ----A. Certified copy of this deed must be presented for recording at the Registry of Property.---------------------------------------- -------------------**ACCEPTANCE**-------------------- -----The appearing parties to this Deed accept the same as drafted and acknowledge that it has been drawn up in accordance with their stipulations, terms and conditions.-------------- -----I, the Notary, made to the appearing parties the necessary legal warnings concerning the execution of this Deed and they were fully advised by me thereon.-------------------------- -----I advised the appearing parties as to their right to read the Deed by themselves, which they did, and to have witnesses present at the execution thereof, which they waived.------------ -----After having read the contents of this Deed, as stated in all preceding paragraphs, the

5

appearing parties fully ratified and confirmed the statements contained herein as the true and exact embodiment of their stipulations, terms and conditions, whereupon the appearing parties signed this Deed before me, the Notary, and signed their initials on each and every folio of the same.----------------------------------------I, the Notary, do hereby **CERTIFY** as to every thing stated or contained in this instrument.----