IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ-DE-VACHON<br>Plaintiff<br><br>vs<br><br>KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ-ALONSO, composed of JOSE PEDRO GONZALEZ-KILIAN, LARA ELISA GONZALEZ-KILIAN, FRANCISCO JOSE GONZALEZ-KILIAN and JUAN CARLOS GONZALEZ-KILIAN<br><br>Defendants | CIVIL 96-1654CCC |

**O R D E R**

Having considered the Motion Submitting Attachment filed on September 21, 2004 (**docket entry 20**), the Motion for Execution of Judgment (**docket entry 18**) and the Motion to Name Special Master (**docket entry 19**) are DENIED, without prejudice, for failure to comply with our Order of October 1, 2004 (see docket entry 21). The proposed deed of transfer was not what was ordered to be produced. The Court asked for the deed to be transferred, that is, the deed currently registered for the current owner. Similarly, plaintiff failed to tender a form of order which includes the address and/or name of the building. The property description included only the features of the apartment, and fails to identify **where** the apartment is located.

SO ORDERED.

At San Juan, Puerto Rico, on November 30, 2004.

S/CARMEN CONSUELO CEREZO
United States District Judge