IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ DE VACHON<br><br>Plaintiff,<br><br>V.<br><br>KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ ALONSO, composed of JOSE PEDRO GONZALEZ KILIAN, LARA ELISA GONZALEZ KILIAN, FRANCISCO JOSE GONZALEZ KILIAN and JUAN CARLOS GONZALEZ KILIAN<br><br>Defendants | CIVIL NO: 96-1654 (cc)<br><br>ACTION FOR:<br><br>DECLARATORY JUDGMENT AND COLLECTION OF MONIES |

**MOTION IN COMPLIANCE WITH ORDER**

TO THE HONORABLE COURT:

COMES NOW, the parties represented by their attorneys, who respectfully states, alleges and prays:

1. Plaintiff file herewith Deed number 139 of Notary J. Martin Almodovar Acevedo of 1973 and request a reasonable time to file a translation thereof.

2. The address of the property is Condominium Ambassador, Apartment 906, 1407 Ashford Avenue, Condado, San Juan, Puerto Rico 00907.

WHEREOF, it is respectfully requested that the Court

In San Juan, Puerto Rico this 31st day of January, 2004.

s/Ronald L. Rosenbaum
**Ronald L. Rosenbaum**
USDC 114403
Attorney for Plaintiff
***LAW OFFICES OF RONALD L. ROSENBAUM***
414 Muñoz Rivera Avenue
Suite 7-A
Hato Rey, Puerto Rico 00918
Tel. 787-274-5440
Fax 787-274-5442