Folio número mil ciento treintisiete (1137)

E— —a fecha —
d— —amiento —
exp— —imera co—
pia certificada a —
petición de José
Francisco González
Alonso.

Expedí segunda co-
pia al Secretario
de Hacienda, confor-
me a la Ley, hoy dia
de su otorgamiento.

------------ NUMERO CIENTO TREINTA Y NUEVE----------

---------------------COMPRAVENTA--------------------

---En la Ciudad de San Juan, Puerto Rico, a once de Sep-

tiembre de mil novecientos setenta y tres.-----------

---------------------ANTE MI-------------------------

---J. MARTIN ALMODOVAR ACEVEDO,----------------------

Abogado y Notario Público del Estado Libre Asociado

de Puerto Rico, con residencia, vecindad y estudio

abierto en la Ciudad de San Juan, Puerto Rico,------

----------------------COMPARECEN--------------------

---DE UNA PARTE: **SUNNY BEACH APARTMENT CORPORATION**,

una corporación organizada y haciendo negocios bajo-

las Leyes del Estado Libre Asociado de Puerto Rico,

representada en este acto por su Abogado Licenciado-

Francisco A. Rosa Silva, mayor de edad, casado, propie

tario, y vecino de San Juan, Puerto Rico.------------

Esta parte se denominará de aquí en adelante como---

"El(Los) Vendedor(es)".------------------------------

---DE OTRA PARTE: **DON JOSE FRANCISCO GONZALEZ ALONSO**,

mayor de edad, casado con doña Kathleen Kilian,-----

propietario y vecino de San Juan, Puerto Rico.------

-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------

Folio número mil ciento treintiocho          (1138)

2.

Esta parte se denominará de aquí en adelante como--- "El(Los) Comprador(es)".-----------------------------

---DOY FE del conocimiento personal de las partes--- comparecientes. También la doy con relación a sus-- manifestaciones en cuanto a su edad, estado civil,-- ocupación y vecindad. Me aseguran las partes com--- parecientes hallarse en el pleno goce y ejercicio--- de sus derechos civiles, teniendo a mi juicio, sin que nada me conste en contrario, la capacidad legal necesaria para realizar la presente escritura y en-- tal virtud, libre y espontáneamente:----------------

------------------------EXPONEN----------------------

---PRIMERO: Que "El(Los) Vendedor(es)" es (son))---- dueño(s) en pleno dominio de la siguiente propiedad- inmueble:--------------------------------------------

---"PROPIEDAD HORIZONTAL: URBANA: Apartment number nine-F (9-F) or nine hundred six (906). It has an -- approximate area of five hundred twenty four point - thirty seven square feet (524,37), equivalent to forty eight point seventy three square meters, exluding--- bearing walls and columns and including all remaining walls and partitions. The boundaries are as follows: On the North: twenty one lineal feet three inches-- and five eights of an inch, equivalent to six point- forty nine lineal meters, with two glass panels, a -- concrete block wall and balcony which forms the rear wall of the building. On the South: Twenty one leneal feet three inches and five eights of an inch, equiva- lent to six point forty nine lineal meters, with a -- concrete load bearing wall and entrance door which--- separate it from the stairways and the corridor. The entrance door connects it with the common corridor--- through which this apartment has access to the out-- side; on the West: Twenty two lineal feet one inch--, equivalent to six point eighty nine lineal meters,-- with a concrete load bearing wall, a concrete block- partition wall and column which divides this apart-- ment from apartment nine-D (9-D) or nine hundred four; One the East: Twenty two lineal feet one inch, equi- valent to six point eighty nine square meters, with-- a concrete bearing wall which forms the exterior East wall of the building, It comprises living and dining area, kitchen with kitchen cabinets, stove water ---- heater, and an undercounter refrigerator, bathroom,-- area for closet space and balcony facing North. ----- Corresponde a este apartamiento en los elementos comune generales una participación equivalente a uno punto---

Folio número mil ciento treintinueve           (1139)

sesenticinco por ciento (1.65%) y en los elementos-
comunes limitados, una participación de diez y sie-
te punto trece por ciento (17.13%)".----------------

- 2-A-

Folio número mil ciento cuarenta (1140)

3.

---La descrita propiedad se encuentra inscrita al---
folio ochenta y dos del tomo seiscientos veinte y -
uno de Santurce Norte, finca número veinte y un mil-
novecientos setenta y cinco, inscripción primera.---

----------------------TITULO----------------------

---SEGUNDO: Que "El(Los) Vendedor(es)" adquirió-----
(adquirieron) el descrito inmueble según todo ello--
consta en extenso de la escritura número ciento no--
venta y uno, otorgada en San Juan, Puerto Rico, el -
diez y seis de junio de mil novecientos setenta y uno
ante el Notario José A. Hernández Colón.-------------

---------------CARGAS Y GRAVAMENES------------------
---TERCERO: Que la descrita propiedad se encuentra--
libre de cargas o gravámenes, excepto aquellas ser--
vidumbres y/o restricciones que por su naturaleza---
pudiere tener.--------------------------------------
---------------------ENAJENACION--------------------
---CUARTO: Que las partes comparecientes tienen con-
venida entre si la enajenación y venta de la descri-
ta propiedad inmueble y la llevan a efecto de acuerdo
con y sujeto a las siguientes:----------------------
---------------CLAUSULAS Y CONDICIONES--------------
---Primera: Que "El(Los) Vendedor(es), por medio-----
de la presente escritura pública, VENDE(N), CEDE(N),-
Y TRASPASA(N) a favor de "El(Los) Comprador(es)" el-
inmueble descrito en el párrafo Primero de la parte-



Folio número mil ciento cuarentiuno                    (1141)

4.  expositiva de este instrumento público, con todos---
sus usos, anexos, pertenencias, servidumbres, acce-
siones y cuanto lo constituye con el fin y propósito
que dicho(s) COMPRADOR(ES) lo posea(n) y disfrute(n)
en propiedad plena como hasta el presente lo ha(n)
venido haciendo "El (Los) Vendedor(es), sin limita-
ciones de clase o índole alguna. ------------------
-- Segunda: Se verifica la presente compraventa por
el convenido y ajustado precio de **VEINTE Y OCHO MIL
DOLARES ($28,000.00)** ------------------------------
el cual, confiesa(n) "El (Los) Vendedor(es) haber--
recibido con anterioridad a este acto de manos de--
"El (Los) Comprador(es) en buena moneda del curso
legal de los Estados Unidos de América.-----------
-- Tercera: "El(Los) Vendedor(es) le otorga(n) a
"El(Los) Comprador(es)" la más formal y eficaz---
carta de pago válida en derecho y se obliga(n), a su
vez, al saneamiento por evicción con arreglo a ----
derecho.------------------------------------------
-- Cuarta: "El (Los) Comprador(es)" entra(n) en la
inmediata posesión y disfrute del inmueble vendído-
le sin más acto o formalidad que el presente otor-
gamiento.-----------------------------------------
-- Quinta: "El(Los) Vendedor(es)" pagarán(n) las--
contribuciones territoriales impuestas sobre el in
mueble objeto de este contrato hasta el día de hoy;
de aquí en adelante correrán por cuenta y cargo de
"El (Los) Comprador(es)". ------------------------
--------------------------------  ----------------

Folio número mil ciento cuarentidós          (1142)

---------------------ACEPTACION---------------------
---Los otorgantes aceptan la presente escritura-----
en todas sus partes, por hallarla redactada a su----
entera satisfacción y contento.---------------------
------------------ADVERTENCIAS----------------------
---Yo, el Notario, les hice a los otorgantes las----
reservas y advertencias legales pertinentes.--------
------------------OTORGAMIENTO----------------------
---ASI LO DICEN Y OTORGAN los comparecientes ante---
mí, luego de haber renunciado al derecho que les----
hice saber tenían para requerir la presencia de-----
testigos instrumentales.----------------------------
---------------------LECTURA------------------------
---LEIDA EN ALTA VOZ esta escritura a los otorgan---
tes, por mí, el Fedatario, y también leída personal-
mente por ellos, en la misma se ratifican, fijan sus
iniciales en todos y cada uno de los folios de este
documento y firman en un solo acto por ante mí, el
Notario, que DOY FE de todo lo consignado anterior-
mente en el presente documento público.-------------

