IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ DE VACHON | CIVIL NO: 96-1654 (cc) |
| Plaintiff, | ACTION FOR: |
| V. | DECLARATORY JUDGMENT AND COLLECTION OF MONIES |
| KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ ALONSO, composed of JOSE PEDRO GONZALEZ KILIAN, LARA ELISA GONZALEZ KILIAN, FRANCISCO JOSE GONZALEZ KILIAN and JUAN CARLOS GONZALEZ KILIAN | |
| Defendants | |

## MOTION FILING TRANSLATION

TO THE HONORABLE COURT:

COMES NOW, the Plaintiff represented by their undersigned attorney who respectfully alleges as follows:

1. We like at this moment to file the official translation of Deed number one hundred thirty nine (139), Purchase and Sale, Certified Translation by Olga M. Alicea.

WHEREFORE, it is respectfully requested that the court accept this Certified Translation.

San Juan, Puerto Rico this 17th day of February, 2005.

s/Ronald L. Rosenbaum
**Ronald L. Rosenbaum**
USDC 114403
Attorney for Plaintiff
***LAW OFFICES OF RONALD L. ROSENBAUM***
414 Muñoz Rivera Avenue
Suite 7-A
Hato Rey, Puerto Rico 00918
Tel. 787-274-5440
Fax 787-274-5442