<u>*CERTIFIED TRANSLATION*</u>                    OLGA M. ALICEA, USCCI

Page number one thousand one hundred thirty-seven          (1137)

---------------------NUMBER ONE HUNDRED THIRTY-NINE--------------------
-----------------------PURCHASE AND SALE------------------------------
---In the City of San Juan, Puerto Rico, on September eleven, nineteen hundred and seventy-three.---------------------------------------------
--------------------------BEFORE ME----------------------------------
---**J. MARTIN ALMODOVAR-ACEVEDO,**---------------------------------------
Attorney and Notary Public of the Commonwealth of Puerto Rico, with residence, vicinity, and open offices in the City of San Juan, Puerto Rico,------------------------------------------------------------------
-------------------------------APPEAR---------------------------------
---AS PARTY OF THE FIRST PART: **SUNNY BEACH APARTMENT CORPORATION**, a corporation organized and doing business under the Laws of the Commonwealth of Puerto Rico, represented herein by its Attorney Francisco A. Rosa-Silva, of legal age, married, property owner, and resident of San Juan, Puerto Rico.------------------------------------------------------
Said party shall hereinafter be called "The Seller(s)."----------------
---AS PARTY OF THE SECOND PART: **MR. JOSÉ FRANCISCO GONZÁLEZ-ALONSO**, of legal age, married to Mrs. Kathleen Kilian, property owner, and residence of San Juan, Puerto Rico.-----------------------------------------------
----------------------------------------------------------------------

TRANSLATION PAGE 1 OF 6

<u>*CERTIFIED TRANSLATION*</u>                              OLGA M. ALICEA, USCCI

Page number one thousand one hundred thirty-eight                (1138)

This party shall hereinafter be called "The Buyer(s)."----------------

---I HEREBY ATTEST to personally knowing the herein appearing parties. I also attest in connection with their manifestations as to their age, civil status, occupation, and residence. The herein appearing parties assure me that they are in full enjoyment and exercise of their civil rights, having in my judgment, without any evidence to the contrary, the legal capacity needed to carry out this deed and by virtue thereof, they freely and spontaneously:-----------------------------------------------

-------------------------------STATE---------------------------------

---FIRST: That "The Seller(s)" is(are) owner(s) in fee simple of the following real property:------------------------------------------------

---"HORIZONTAL PROPERTY: URBAN: Apartment number nine-F (9-F) or nine hundred six (906). It has an approximate area of five hundred twenty four point thirty seven square feet (524.37), equivalent to forty eight point seventy three square meters, excluding bearing walls and columns and including all remaining walls and partitions. The boundaries are as follows: On the North: twenty one lineal feet three inches and five eights *[sic]* of an inch, equivalent to six point forty nine lineal meters, with two glass panels, a concrete block wall and balcony which forms the rear wall of the building. On the South: twenty one lineal *[sic]* feet three inches and five eights *[sic]* of an inch, equivalent to six point forty nine lineal meters, with a concrete load bearing wall and entrance door which separate *[sic]* it from the stairways and the corridor. The entrance door connects it with the common corridor through which this apartment has access to the outside; on the West: Twenty two lineal feet one inch equivalent to six point eighty nine lineal meters, with a concrete load bearing wall, a concrete block partitional wall and column which divides this apartment from apartment nine-D (9-D) or nine hundred four; One *[sic]* the East: Twenty two lineal feet one inch, equivalent to six point eighty nine square meters, with a concrete bearing wall which forms the exterior east wall of the building, *[sic]* It comprises living and dining area, kitchen with kitchen cabinets, stove water heater *[sic]*, and an undercounter *[sic]* refrigerator, bathroom, area for closet space and balcony facing North.-------------------------
This apartment has a participation in the common general elements equivalent to one point--------------------------------------------------

TRANSLATION PAGE 2 OF 6

<u>CERTIFIED TRANSLATION</u>                    OLGA M. ALICEA, USCCI

Page number one thousand one hundred thirty-nine                    (1139)

sixty-five percent (1.65%) and in the common limited elements, a participation of seventeen point thirteen percent (17.13%).------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------
- 2-A-

*TRANSLATION PAGE 3 OF 6*

<u>*CERTIFIED TRANSLATION*</u>                    OLGA M. ALICEA, USCCI

Page number one thousand one hundred forty                              (1140)

---The property described is registered at page eighty-two of tome six hundred twenty-one of Santurce North, property number twenty-one thousand nine hundred seventy-five, first inscription.-------------------------
-------------------------------------------------------------------
--------------------------------TITLE---------------------------------
---SECOND: That "The Seller(s)" acquired the real property described as is evident *in extenso* from deed number one hundred ninety-one, executed in San Juan, Puerto Rico, on June sixteen, nineteen hundred and seventy-one, before Notary José A. Hernández-Colón.------------------------------
-------------------------------------------------------------------
-------------------------------------------------------------------
------------------------LIENS AND ENCUMBRANCES------------------------
---THIRD: That the property described is free of liens and encumbrances, except for those easements and/or restrictions that it may have by its nature.-------------------------------------------------------------
------------------------------ALIENATION-----------------------------
---THIRD: That the herein appearing parties have agreed between each other to the alienation and sale of the real property described and they carry out the same in accordance with and subject to the following:----
------------------------CLAUSES AND CONDITIONS-----------------------
---First: That "The Seller(s)" hereby SELL(S), ASSIGN(S), AND TRANSFER(S) in favor of "The Buyer(s)" the real property described in paragraph First of the-----------------------------------------------------------------

*TRANSLATION PAGE 4 OF 6*

<u>*CERTIFIED TRANSLATION*</u>  OLGA M. ALICEA, USCCI

Page number one thousand one hundred forty-one                                  (1141)

exposition of this public instrument, with all of its uses, annexes, appurtenances, easements, accessions, and all that constitutes the same with the purpose of said BUYER(S) possessing and enjoying the entire property as "The Seller(s)" has(have) done up until the present time, without any limitation whatsoever.------------------------------------
---Second: This purchase and sale is validated through the accorded and adjusted price of **TWENTY-EIGHT THOUSAND DOLLARS ($28,000.00)**.----------
which "The Seller(s)" confess to having received prior to this act from "The Buyer(s)" in sound legal tender of the United States of America.----
---Third: "The Seller(s)" grant(s) to "The Buyer(s)" the most formal and efficient legally valid letter of payment and it(they) agree(s), in turn, to reparation by eviction pursuant to the law.------------------------
---Fourth: "The Buyer(s)" enter into immediate possession and enjoyment of the real property sold to it(them) without any further act or formality than this execution.-----------------------------------------
---Fifth: "The Seller(s)" shall pay the property taxes imposed on the real property object of this contract up until this date; henceforth they will be for the account of "The Buyer(s)."----------------------------
------------------------------------------------------------------------

*TRANSLATION PAGE 5 OF 6*

<u>*CERTIFIED TRANSLATION*</u>    OLGA M. ALICEA, USCCI

Page number one thousand one hundred forty-two                    (1142)

-------------------------------ACCEPTANCE-------------------------------

---The parties hereto accept this deed in all of its parts as they find it to be drafted to their entire satisfaction and content.-------------

--------------------------------WARNINGS--------------------------------

---I, the Notary, advised the parties hereto of the pertinent legal reservations and warnings.----------------------------------------------

--------------------------------EXECUTION-------------------------------

---SO STATE AND EXECUTE the herein appearing parties before me, after having waived the right I advised them they had to require the presence of instrumental witnesses.------------------------------------------------

---------------------------------READING--------------------------------

---THIS DEED HAVING BEEN READ OUT LOUD to the parties hereto by me, the Notary Public, and also, having been read personally by them, they ratify the same thereon, they affix their initials on each and every one of the pages of this document, and they sign it in a single act before me, the Notary, who ATTESTS to everything contained above in this public document.---------------------------------------------------------------

[Signatures of the parties and of the Notary Public]

[IRS and forensic stamps]

*[TRANSLATOR'S NOTE: The initials of the parties and of the Notary Public, and the Notarial Seal, appear on the left margin of each page.-OMA]*

> CERTIFICATION
> I, OLGA M. ALICEA, AN ENGLISH-SPANISH INTERPRETER AND TRANSLATOR CERTIFIED TO THAT EFFECT BY THE ADMINISTRATIVE OFFICE OF THE U.S. COURTS AND BY THE NATIONAL ASSOCIATION OF JUDICIARY INTERPRETERS & TRANSLATORS, DO HEREBY CERTIFY THAT I HAVE PERSONALLY TRANSLATED THE FOREGOING DOCUMENT FROM SPANISH TO ENGLISH AND THAT THE TRANSLATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND ABILITIES.
> 
> OLGA M. ALICEA,-USCCI, NAJITC          2/9/05
>                                         DATE

TRANSLATION PAGE 6 OF 6