IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ-DE-VACHON<br>Plaintiff<br><br>vs<br><br>KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ-ALONSO, composed of JOSE PEDRO GONZALEZ-KILIAN, LARA ELISA GONZALEZ-KILIAN, FRANCISCO JOSE GONZALEZ-KILIAN and JUAN CARLOS GONZALEZ-KILIAN<br><br>Defendants | CIVIL 96-1654CCC |

# **O R D E R**

Plaintiff's Motion in Compliance With Order (**docket entry 25**) and Motion Filing Translation (**docket entry 26**) are NOTED.

SO ORDERED.

At San Juan, Puerto Rico, on July 12, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge