IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF PUERTO RICO

| | |
|---|---|
| CARMEN LIILA MENDEZ-DE VACHON<br>Plaintiff<br><br>vs.<br><br>KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ ALONSO, composed of JOSE PEDRO GONZALEZ-KILIAN, LARA ELISA GONZALEZ -KILIAN, FRANCISCO JOSE GONZALEZ-KILIAN and JUAN CARLOS GONZALEZ-KILIAN<br>Defendants | CIVIL 96-1654 CCC |

## MOTION

TO THE HONORABLE COURT:

COMES NOW Plaintiff represented by its undersigned attorney who very respectfully allege and pray as follows:

1. In this case the court required the address of the property and a copy of the original deed of acquisition as conditions to the issuance of the Appointment of a Special Master and the Issuance of a Writ, authorizing the Special Master to execute the Deed of Transfer. These conditions have been satisfied and it is therefore requested that the said Order and Writ be issued.

WHEREFORE, it is respectfully requested that the Court

At San Juan, Puerto Rico, this 4th day of May, 2006

s/Ronald L. Rosenbaum
**Ronald L. Rosenbaum**
USDC 114403
Attorney for Plaintiff
***LAW OFFICES OF RONALD L. ROSENBAUM***
414 Muñoz Rivera Avenue
Suite 7-A
Hato Rey, Puerto Rico 00918
Tel. 787-274-5440
Fax 787-274-5442