IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ DE VACHON | CIVIL NO: 96-1654 (cc) |
| Plaintiff, | ACTION FOR: |
| V. | ACTION FOR: DECLARATORY JUDGMENT AND COLLECTION OF MONIES |
| KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ ALONSO, composed of JOSE PEDRO GONZALEZ KILIAN, LARA ELISA GONZALEZ KILIAN, FRANCISCO JOSE GONZALEZ KILIAN and JUAN CARLOS GONZALEZ KILIAN | |
| Defendants | |

**MOTION FILING PROPOSED ORDER AND APPOINTMENT OF SPECIAL MASTER**

TO THE HONORABLE COURT:

COMES NOW Plaintiff, represented by its undersigned counsel, and most respectfully states and prays:

1. We are herewith filing a proposed order. It is further requested that Adam McDonough, of legal age, married, realtor and resident of Guaynabo, Puerto Rico, who is not related to any of the parties herein be named as Special Master to execute the Deed of Transfer.

WHEREFORE, it is respectfully requested that this Honorable Court accept same.

In San Juan, Puerto Rico, this 26th day of June, 2006.

s/Ronald L. Rosenbaum
**Ronald L. Rosenbaum**
USDC 114403
Attorney for Plaintiff
*LAW OFFICES OF RONALD L. ROSENBAUM*
414 Muñoz Rivera Avenue
Suite 7-A
Hato Rey, Puerto Rico 00918
Tel. 787-274-5440

Fax 787-274-5442