IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ DE VACHON<br><br>Plaintiff,<br><br>V.<br><br>KATHLEEN KILIAN MENDEZ and the SUCCESSION OF JOSE F. GONZALEZ ALONSO, composed of JOSE PEDRO GONZALEZ KILIAN, LARA ELISA GONZALEZ KILIAN, FRANCISCO JOSE GONZALEZ KILIAN and JUAN CARLOS GONZALEZ KILIAN<br><br>Defendants | CIVIL NO: 96-1654 (cc)<br><br>ACTION FOR:<br><br>ACTION FOR: DECLARATORY JUDGMENT AND COLLECTION OF MONIES |

**ORDER**

On Plaintiff's Motion for Execution of Judgment the court finds that at his death in Deland, Florida on May 16, 1995, Jose Francisco Gonzalez Alonso owned a one half interest in the following property:

HORIZONTAL PROPERTY: URBAN: Apartment number Nine-F (9-F) or nine hundred six (906). It has an approximate area of five hundred twenty four point thirty seven square feet (524.37), equivalent o forty eight point seventy three square meters, excluding bearing walls and columns and including all remaining walls and partitions. The boundaries are as follows: On the North: twenty one lineal feet three inches and five eights of an inch, equivalent to six point forty nine lineal meters, with two glass panels, a concrete block wall and balcony which forms the rear wall of the building. On the South, twenty one lineal feet three inches and five eights of an inch, equivalent to six point forty nine lineal meters, with a concrete load bearing wall and entrance door which separates it from the stairways and the corridor. The entrance door connects it with the

common corridor through which this apartment has access to the outside; on the West, twenty two lineal feet one inch equivalent to six point eighty nine lineal meters, with a concrete load bearing wall, a concrete block partional wall and column which divides this apartment from apartment nine-D (9-D) or nine hundred four (904); on the East, twenty two lineal feet one inch, bearing wall which forms the exterior East wall of the building. It comprises living and dining area, kitchen with kitchen cabinets, stove, water heater, and an undercounter refrigerator, bathroom, area for closet space and balcony facing north. This apartment has participation in the common general elements equivalent to 1.65% and in the common limited elements, a participation of 17.13%.

The property described is registered at page 82 of book 621 of Santurce North, property number 21,975, first inscription.

That in case 96-4851 the San Juan Superior Court determined that the heirs of Jose Francisco Gonzalez Alonso were:

Juan Carlos Gonzalez Killian, of legal age, single, waiter and resident of Carolina, Puerto Rico; Francisco Jose Gonzalez Killian, of legal age, single, contractor and resident of Deland, Florida; Francisco Jose Gonzalez Killian, of legal age, single, waiter and resident of San Juan, Puerto Rico; Lara Elisa Gonzalez Killian of legal age, single, business woman and resident of Carolina, Puerto Rico, and as to the usufruct his widow Kathleen M. Gonzalez Mendez, of legal age, widow, property owner and resident of Deland, Florida.

That on February 25, 1997, the parties filed a Stipulation of Settlement whereby the aforesaid heirs and Kathleen M. Gonzalez Mendez agreed to deed their interest in the foregoing property to plaintiff Carmen Lilia Mendez Vachon (their mother and grandmother).

Plaintiff has represented to the court that the reason for such transaction was that the

plaintiff was the person who paid the purchase price of the apartment.

That on March 14, 1997 the court entered judgment approving the said Stipulation.

Plaintiff has moved for execution of judgment stating that defendants have refused and neglected to transfer the said apartment to her.

It is therefore ORDERED that Adam McDonough, whose address is Suite 406, First Federal Building, Santurce, Puerto Rico is hereby named Special Master for the purpose of executing a Deed of Transfer of the aforesaid apartment to plaintiff and to take all actions and perform all acts necessary for such purpose.

On behalf of Juan Carlos Gonzalez Killian, of legal age, single, waiter and resident of Carolina, Puerto Rico; Francisco Jose Gonzalez Killian, of legal age, single, contactor and resident of Deland, Florida; Francisco Jose Gonzalez Killian, of legal age, single, waiter and resident of San Juan, Puerto Rico; Lara Elisa Gonzalez Killian of legal age, single, business woman and resident of Carolina, Puerto Rico in favor of the Plaintiff Carmen Lilia Mendez de Vacho.

In San Juan, Puerto Rico, this _____ day of _____, 2006.

_____
U.S. District Court Judge