IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN LILIA MENDEZ-DE-VACHON<br>Plaintiff<br><br>vs<br><br>KATHLEEN KILIAN MENDEZ and the SUCCESSIONOF JOSE F. GONZALEZ-ALONSO, composed of JOSE PEDRO GONZALEZ-KILIAN, LARA ELISA GONZALEZ-KILIAN, FRANCISCO JOSE GONZALEZ-KILIAN and JUAN CARLOS GONZALEZ-KILIAN<br>Defendants | CIVIL 96-1654CCC |

## O R D E R

The Order to execute Deed of Transfer and appointing Special Master having been entered (docket entry 28), the Motion Filing Proposed Order and Appointment of Special Master (**docket entry 30**) is MOOT.

SO ORDERED.

At San Juan, Puerto Rico, on July 20, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge
